UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIFTON MURIE, Derivatively on Behalf of UIPATH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPPE BOTTERI, MICHAEL GORDON, DANIEL SPRINGER, LAELA STURDY, KARENANN TERRELL, RICHARD P. WONG, JUNE YANG, DANIEL DINES, ROBERT ENSLIN, and ASHIM GUPTA,<br><br>Defendants,<br><br>and,<br><br>UIPATH, INC.,<br><br>Nominal Defendant. | Case No:  25-MC-171 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S
### MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Clifton Murie ("Plaintiff"), having filed his Motion to File Complaint Under Seal (the "Motion") which seeks to permit Plaintiff to file an unredacted version of his Verified Shareholder Derivative Complaint (the "Complaint") under seal and to permit Plaintiff to publicly file a redacted version of the Complaint, and the Court having reviewed the motion and exhibits thereto and having found sufficient cause under Fed. R. Civ. P. 5.2(d) to order this case to be filed under seal, it is hereby

**ORDERED** Plaintiff's Motion to File Complaint Under Seal is GRANTED. Plaintiff's unredacted Complaint shall be sealed and the parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14.

2

**FURTHER ORDERED** that after filing the unredacted Complaint under seal, Plaintiff shall file the redacted version of the Complaint, substantially in the form attached to the Motion as Exhibit A, on the public docket.

**SO ORDERED.**

Dated: April 24, 2025

_____
U.S.D.J. Part 1

The application is granted only temporarily. The matter shall be unsealed unless, by **May 7, 2025**, Plaintiff renews the application before the judge assigned to the underlying civil case. The Clerk of Court is directed to close this miscellaneous matter.

2